# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0627

VERSUS

SCOTT E. HOUSTON

**SEPTEMBER 12, 2022**

---

In Re:     Scott E. Houston, applying for supervisory writs, 20th
           Judicial District Court, Parish of West Feliciana, No.
           20-WCR-399.

---

**BEFORE:     WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                         **JEW**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

---
DEPUTY CLERK OF COURT
    FOR THE COURT